Robert J. Berens, Esq. (SBN 141647)
Teresa L. Polk, Esq. (SBN 111975)
**SMTD LAW LLP**
17901 Von Karman Avenue, Suite 500
Irvine, CA 92614
Telephone No.: (949) 537-3800
Emails: rberens@smtdlaw.com;
tpolk@smtdlaw.com

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA ENVIRONMENTAL SYSTEMS, INC., a California corporation; CARTER S. PIERCE, JR., an individual; ELIZABETH PIERCE, an individual; and JEANETTE PIERCE, an individual,<br><br>Defendants. | Case No. 2:23-cv-02850-DJC-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING** |

The Court having reviewed the Joint Stipulation to Continue Hearing among Plaintiff Great American Insurance Company, Defendant California Environmental Systems, Inc., and Defendants, Carter S. Pierce, Jr., Elizabeth Pierce, and Jeanette Pierce, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing on Great American Insurance Company's Motion for Preliminary Injunction and Temporary Restraining Order, ECF No. [2] shall be continued to February 1, 2024, at 1:30 PM in Courtroom 10 before District Judge Daniel J. Calabretta.

IT IS FURTHER ORDERED that any further briefing by the parties shall be filed no later than ten (10) days prior to the continued hearing.

Dated:  December 12, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE