Robert J. Berens, Esq. (SBN 141647)
Teresa L. Polk, Esq. (SBN 111975)
**SMTD LAW LLP**
17901 Von Karman Avenue, Suite 500
Irvine, CA 92614
Telephone No.: (949) 537-3800
Emails: rberens@smtdlaw.com;
tpolk@smtdlaw.com

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA ENVIRONMENTAL SYSTEMS, INC., a California corporation; CARTER S. PIERCE, JR., an individual; ELIZABETH PIERCE, an individual; and JEANETTE PIERCE, an individual,<br><br>Defendants. | Case No. 2:23-cv-02850-DJC-JDP<br><br>**ORDER GRANTING STIPULATION CONCERNING DISMISSAL OF MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER AND TO VACATE HEARING** |

SMTD LAW LLP
A LIMITED LIABILITY PARTNERSHIP

**ORDER GRANTING STIPULATION CONCERNING DISMISSAL OF MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER AND TO VACATE HEARING**

The Court having reviewed the Stipulation Concerning Dismissal of Motion for Preliminary Injunction and Temporary Restraining Order and to Vacate Hearing among Plaintiff Great American Insurance Company ("GAIC"), Defendant California Environmental Systems, Inc., and Defendants Carter S. Pierce, Jr. and Elizabeth Pierce, and Jeanette Pierce, and good cause appearing therefor,

IT IS HEREBY ORDERED that,

1. GAIC's Motion for Preliminary Injunction and Temporary Restraining Order, ECF No. [2] is dismissed, without prejudice; and

2. The hearing on GAIC's Motion for Preliminary Injunction and Temporary Restraining Order on March 14, 2024 at 2:30 p.m. in Courtroom 10 before District Judge Daniel J. Calabretta is hereby vacated and no appearances will be required.

Dated:  March 12, 2024              /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

SMTD Law LLP
A LIMITED LIABILITY PARTNERSHIP

- 1 -

ORDER GRANTING STIPULATION CONCERNING DISMISSAL OF MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER AND TO VACATE HEARING