Robert J. Berens, Esq. (SBN 141647)
Teresa L. Polk, Esq. (SBN 111975)
**SMTD LAW LLP**
17901 Von Karman Avenue, Suite 500
Irvine, CA 92614
Telephone No.: (949) 537-3800
Emails: rberens@smtdlaw.com;
tpolk@smtdlaw.com

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA ENVIRONMENTAL SYSTEMS, INC., a California corporation; CARTER S. PIERCE, JR., an individual; ELIZABETH PIERCE, an individual; and JEANETTE PIERCE, an individual,<br><br>Defendants. | Case No. 2:23-cv-02850-DJC-JDP<br><br>**ORDER GRANTING STIPULATION BETWEEN GREAT AMERICAN INSURANCE COMPANY AND ALL DEFENDANTS CONCERNING CONTINUANCE OF THE INITIAL DISCLOSURES DEADLINE** |

-1-

SMTD Law LLP
A LIMITED LIABILITY
PARTNERSHIP

**ORDER GRANTING STIPULATION BETWEEN GREAT AMERICAN INSURANCE COMPANY AND ALL DEFENDANTS CONCERNING CONTINUANCE OF THE INITIAL DISCLOSURES DEADLINE**

The Court having reviewed the Stipulation Between Great American Insurance Company and All Defendants Concerning Continuance of the Initial Disclosures Deadline (the "Initial Disclosures Stipulation"), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Initial Disclosures Stipulation is granted.

IT IS FURTHER ORDERED that the June 7, 2024 deadline, under this Court's Scheduling Order, dated April 15, 2024 [Doc. 35], for the parties to make their initial disclosures pursuant to Federal Rule of Civil Procedure Rule 26(a)(1) is hereby extended to June 28, 2024.

Dated:  June 11, 2024          /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE

SMTD Law LLP
A LIMITED LIABILITY PARTNERSHIP

- 2 -
**ORDER GRANTING STIPULATION BETWEEN GREAT AMERICAN INSURANCE COMPANY AND ALL DEFENDANTS CONCERNING CONTINUANCE OF THE INITIAL DISCLOSURES DEADLINE**