**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br>    Plaintiff,<br>    v.<br>CALIFORNIA ENVIRONMENTAL SYSTEMS, INC., ET AL.,<br>    Defendants. | Case No.:  2:23-cv-02850-DJC-JDP<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

On November 6, 2024, the attorney for Defendant California Environmental Systems, Inc., Jamie Dreyer, filed a Motion to Withdraw as Counsel and noticed said motion for hearing on January 23, 2025.  (ECF No. 39.)  On December 17, 2024, Defendants filed a Notice of Filing Bankruptcy as to Defendants Carter S. Pierce, Jr. and Elizabeth Pierce.  (ECF No. 41.)

////

////

////

1

Good cause appearing, Counsel's Motion to Withdraw as Counsel (ECF No. 39) is GRANTED.[1]  The attorney for California Environmental Systems, Inc. shall serve a copy of this order on said defendant forthwith and shall file a certificate of service immediately thereafter.  Further, the Court GRANTS Defendant California Environmental Systems, Inc. thirty (30) days to obtain new counsel after which Jamie Dreyer and Downey Brand LLP shall be terminated as attorney of record.  California Environmental Systems, Inc. is advised that Plaintiff may pursue recourse via default judgment if Defendant fails to obtain new counsel within the prescribed timeframe.

IT IS SO ORDERED.

Dated:   **January 17, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] This action remains stayed pursuant to 11 U.S.C. § 362 but the Court acts on this action because it concerns a procedural issue related to non-bankrupt defendant.  *See In re Related Asbestos Cases*, 23 B.R. 523 (N.D. Cal. 1982).

2